# United States District Court
## Eastern District of Tennessee

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| PAMELA C. NESBITT | Case Number: 3:07-PO-48 |

Defendant's Attorney

**THE DEFENDANT:**

- [✓] pleaded guilty to count(s): 1 (TE41 0860169)
- [ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23 (a) 1 & 2 | DUI | 5/4/06 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) ___.

- [ ] Count(s) ___ [] is [] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

September 12, 2007
Date of Imposition of Judgment

_/s/ H. Bruce Guyton_
Signature of Judicial Officer

H. BRUCE GUYTON, United States Magistrate Judge
Name & Title of Judicial Officer

9/12/07
Date

DEFENDANT: PAMELA C. NESBITT
CASE NUMBER: 3:07-PO-48

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 hours with credit for time served. .

[✓] The court makes the following recommendations to the Bureau of Prisons:

The defendant be allowed to serve her sentence on weekends.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on _.
    [✓] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                        UNITED STATES MARSHAL

                                        By _____
                                                DEPUTY UNITED STATES MARSHAL

DEFENDANT: PAMELA C. NESBITT
CASE NUMBER: 3:07-PO-48

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B. The assessment is ordered in accordance with 18 U.S.C. § 3013.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| Totals: | $ 10.00 | $ 350.00 | $ 25.00 |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, if the United States is a victim, all other victims, if any, shall receive full restitution before the United States receives any restitution, and all restitution shall be paid to the victims before any restitution is paid to a provider of compensation, pursuant to 18 U.S.C. § 3664.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS: | $_ | $_ | |

[ ] If applicable, restitution amount ordered pursuant to plea agreement $ _

The defendant shall pay interest on any fine or restitution of more than $2500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    [ ] The interest requirement is waived for the     [ ] fine and/or     [ ] restitution.

    [ ] The interest requirement for the     [ ] fine and/or     [ ] restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: PAMELA C. NESBITT
CASE NUMBER: 3:07-PO-48

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [✓] Lump sum payment of $ 385.00 due immediately, balance due

    [✓] not later than 2/13/07 , or
    [ ] in accordance with     [ ]C,     [ ]D, or   [ ]E below; or

B [ ] Payment to begin immediately (may be combined with     [ ]C,   [ ]D, or   [ ]E below); or

C [ ] Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Unless otherwise directed by the court, the probation officer, or the United States attorney, all criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to **U.S. District Court, 800 Market St., Suite 130, Knoxville, TN 37902.** Payments shall be in the form of a check or a money order, made payable to U.S. District Court, with a notation of the case number.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:


[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

# United States District Court Violation Notice

Violation Number: 0860169
Officer Name (Print): Seehn
Officer No: 3/2
CVB Location Code: TEY1

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/04/07 2207
Offense Charged: 36 CFR 4.23 (a)(1,2)
Place of Offense: US441 Northbound Spur @ Beech Branch
Offense Description: DUI; physical control of vehicle w/ BAC >0.08% 220000

## DEFENDANT INFORMATION

Last Name: Nesbitt
First Name: Pamela
M.I.:
Street Address: 221 Spring Valley Rd Apt. 3A
City: Pigeon Forge
State: TN
Zip Code: 37863
Phone: (865) 607 2734
Drivers License No: 111778795
D.L. State: TN
Social Security No:
Date of Birth (mm/dd/yyyy): 07/21/1954
☒ Adult ☐ Juvenile Sex: ☐ Male ☒ Female

## VEHICLE DESCRIPTION

Tag No: 233 FCZ
State: TN
VIN:
Year: 94
Make/Model: Chevy Caprice
Color: White
Hair: BN
Eyes: BR
Height: 5'11
Weight: 115

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

To Be Set

PAY THIS AMOUNT → $ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

YOUR COURT DATE
Court Address: Not Available

X Defendant Signature ___

0860169

## STATEMENT OF PROBABLE CAUSE

I state that on May 04, 2007 while exercising my duties as a law enforcement officer in the Eastern District of Tennessee

While on patrol within the boundary of the Great Smoky Mountains National Park, I responded to a single car MVA on the Northbound Spur at Beech Branch Road. Upon arrival I found the Gatlinburg Fire Department medics treating the driver of an overturned 1994 Chevy Caprice. The driver was identified as Pamela Nesbitt by her TNDL. I spoke with Nesbitt and noticed a strong smell of alcoholic beverage, glassy bloodshot eyes and her speech was slurred. Nesbitt stated that she was not normally a drunker, but she had consumed several beers at a party for her friend. She had just left the party prior to the wreck. Due to the severity of the accident, Nesbitt was transported to UT Hospital for evaluation. Ranger H Hamilton assisted with the interview at the Hospital. Nesbitt again stated that she had consumed several beers at a party. I requested a Legal Blood Draw while at UT. I then submitted the sample to TBI for analyzing. The Official Alcohol Report was issued from TBI on may 30,2007. The report stated that NESBITT's blood registered 0.19% for Ethyl Alcohol

The foregoing statement is based upon
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 05/04/2007 Officer's Signature: [signed] Noell Seehn

Probable cause has been stated for the issuance of a warrant

Executed on ___ U.S. Magistrate Judge
CVB Scan 7/16/2007 16:41:53

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
V )  NO. TE41    0860169
)
)
NESBITT, PAMELA C )
221 SPRING VALLEY RD APT 3A

PIGEON FORGE, TN 37863

### AGREEMENT TO PAY FINES IN INSTALLMENTS

I have requested that I be allowed to pay my fines of $ 385.00 in installments, as follows: TO PAY  0  TODAY AND TO PAY BALANCE OF $385.00 BY Feb 13, 2008

cial ability to make these installment payments

Nesbitt

Plea: Guilty
$350 /25/10  = +*48 hrs.
$385           Jail

Requests time to pay-
Feb 13, 2008

*All 48-hours to be served,
no previous time served
(serve time on
Weekends)

costs) when due, then my failure to pay may

return and/or suspension of my drivers licence.

_____
Pamela C Nesbitt
(Defendant Signature)

_____
(Defendant's Attorney Signature)

# PLEA AGREEMENT
## DEFENDANT CONTACT INFORMATION

**DEFENDANT NAME:** Pamela C Nesbett

**Physical Address:** 221 Spring Valley Rd #A3
Pigeon Forge TN 37863

**Mailing Address:** _____

**Phone Numbers:** ☐ Cell: 865-607-2734
☐ Hard Line: 865-430-7828

**PLACE OF EMPLOYMENT:** Alewink Pottery
**Address:** 623 Glades Rd
Gatlinburg TN ~~37~~63
**Work Phone:** 865-430-7828
**Supervisor:** Robert Alewink

**NAME OF PERSON <u>NOT LIVING WITH YOU</u> THAT CAN BE CONTACTED IN ORDER TO REACH YOU:**

**NAME:** Robert Alewink

**Phone Number:** 865-712-6888 or 430-7828

**Relationship to you:** Employer

"My information on this form is true, complete, and correct to the best of my knowledge and belief and are made in good faith."

_Pamela C Nesbett_     9-12-07
**Defendant's Signature**     **Date**